IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**
**FILED IN OPEN COURT:**
DATE: 07-18-05
TIME: 2:16 PM
INITIALS: E

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Cr. No. 05-10042-T

LARRY JONES,

    Defendant.

---

### ORDER ON ARRAIGNMENT

This cause came to be heard on July 18, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME: Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (<u>not having made bond</u>) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:   possession with intent to distribute cocaine base

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was not waived.

Defendant's age: 44

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/20/05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10042 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT