IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | 05-cr-10042-T |
| LARRY JONES | * | |
| Defendant. | * | |

**EXPEDITED RULING REQUESTED**

\*

## MOTION FOR BOND MODIFICATION

Comes now the Defendant, through counsel, and moves the Honorable Court to modify and reduce the bond amount prior set in this matter. In support, the Defendant would state:

1. Defendant's family has notified defense counsel that the family is attempting to obtain the funds necessary for his present bond. Bond was set in the amount of $10,000.00, to be secured by payment of 10% into the office of the Clerk.

2. Defendant's family has notified counsel that the family is willing to post a bond for Defendant but they do not have the necessary funds for payment of the current bond amount.

3. Defense counsel has consulted with government counsel and the government does not oppose the relief requested.

Premises considered, Defendant moves that the bond amount be modified and reduced to the amount of $5000.00, to be secured by a payment of 10% [$500.00] for the grounds set forth above.

Respectfully submitted, this the 21 day of July 2005.

**MOTION GRANTED**
DATE: 21 July 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/26/05

13

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
Phone: (901) 544-3895

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. Jerry Kitchen
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee  38301

This the 21 day of July, 2005.

M. Dianne Smothers

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10042 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT