FILED BY_____ D.C.

05 SEP -6 AM 8:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                 No. 05-10042-T

LARRY JONES,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE
## AND EXCLUDING DELAY

Upon motion of counsel for defendant and for good cause shown, the report date which is currently scheduled for September 7, 2005, and the trial date which is currently scheduled for September 14, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. Accordingly, the trial is continued from September 14, 2005, to November 14, 2005, at 9:30 A.M. The resulting period of delay, from September 14, 2005, to November 14, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for November 4, 2005, at 8:30 a.m.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-6-05___

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10042 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT