IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    No. 05-10042-T

LARRY JONES,

    Defendant.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for November 4, 2005, and the trial date which is currently scheduled for November 14, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from November 14, 2005, to January 23, 2006, at 9:30 A.M.</u> The resulting period of delay, from November 14, 2005, to January 23, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for January 4, 2006, at 8:45 a.m.

    IT IS SO ORDERED.

                                                  JAMES D. TODD
                                                  UNITED STATES DISTRICT JUDGE

                                                  DATE  November 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/4/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CR-10042 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT